

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00638-CV

**CON-CORP CONSTRUCTION, L.L.C.**,
Appellant

v.

**J.D. COLLISION EXPRESS, L.L.C.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI07146
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Con-Corp Construction L.L.C., bear all costs of this appeal.

SIGNED December 7, 2016.

_____
Luz Elena D. Chapa, Justice